UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Entertainment Software Association,
Entertainment Merchants Association,

        Plaintiffs,

vs.

Mike Hatch, in his official capacity
as Attorney General of the State of
Minnesota,

        Defendant.

Civil No. 06-2268 (RHK/JSM)

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 7, 2006

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge

Dockets.Justia.com